# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**ABANTE ROOTER AND PLUMBING, INC.,**

   **Plaintiff,**

                              **CIVIL ACTION FILE NO.**

**v.**

**ASCEND FUNDING, LLC.,**

   **Defendant.**
   _____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, brings this action against Defendant, on the grounds and the amounts set forth herein.

### I. PRELIMINARY STATEMENT

This action arises out of the facts and circumstances surrounding phone calls made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against the defendant and the costs of this action against Defendant for violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 47 U.S.C. 227 et seq. Plaintiff is an individual who owns and operates Abante Rooter and Plumbing, Inc., a plumbing business serving in Alameda County and Contra Costa County. Plaintiff's business has been in business since 1992 and provides general plumbing related services to the public and has done so consistently since 1992. The cell phones in question are used by Plaintiff in connection with his personal affairs as well as business purposes in a manner consistent with the law. Defendant is a solicitor and telemarketer who combs and mines data from various websites for the purpose of collecting cell phone numbers in an effort to solicit customers in order to entice the public to take out loans with unfavorable terms.

## II. PARTIES

1. Plaintiff is a company doing business in Alameda County, California.

2. Defendant is a company engaged in the business of telemarking. Defendant's principal place of business 2001 NW 107th Avenue, Third Floor, Miami, Florida 33172.

## III. JURISDICTION AND VENUE

3. Jurisdiction is conferred on this Court by 28 U.S.C. 1331.

4. Venue is this District is proper in that the Defendant's principal place of business is located in Miami, Florida which falls under the jurisdiction of the Southern District of Florida.

## IV. STATUTORY STRUCTURE TCPA

5. The Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA") amended the Federal Communications Act 47 U.S.C. 151, et seq. ("FCA") to address the uses of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages reviewed by cell phones, and the use of fax machines to send unsolicited advertisements.

6. Under the TCPA "automatic telephone dialing system" (hereinafter "ATDS") means equipment which has the capacity-

    (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and

    (B) to dial such numbers.  See, 47 U.S.C. 227 (a)(1).

7. Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio

service, or other radio common carrier service, or any service for which the called party is charged for the call.

8. Under the TCPA, a person or entity may, if otherwise permitted by the laws of the rules of the court of a State, bring in an appropriate court of that State:

    (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

    (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

    (C) both such actions.

9. If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph. 47 U.S.C. 227 (b)(3).

## V. FACTUAL ALLEGATIONS

10. Plaintiff was assigned a number by his cell phone provider, AT&T. These cell phones include cell phones with numbers 510-534-1636, 209-383-3803, 510-351-5154, 925- 828-1080, and 925-253-0106.  These phones are, respectively, registered to Abante Rooter & Plumbing.

11. Plaintiff never gave the Defendant express consent to be called with an ATDS.

12. Defendant called Plaintiff with an ATDS.

13. Plaintiff made several requests that Defendant cease and desist calling him, beginning in August of 2015.

14. Beginning in March 7, 2016 Defendant began placing autodialed calls to Plaintiff, which include but are not limited to:

a) Auto dialed call on 3/7/16 from CID 646-880-9279 to business cell 925-828-1080, Plaintiff spoke with one of Defendant's representative "Matthew Gustavson"

b) Auto dialed call on 3/31/16 from CID 510-853-8931 to business cell 510-351-5154, Plaintiff spoke with one of Defendant's representative "Craig".

c) Auto dialed call on 3/15/16 from CID 510-853-8931 to business cell 510-351-5154.

d) Auto dialed call on 4/7/16 from CID 646-880-9279 to business cell 925-828-1080, Plaintiff spoke with one of Defendant's representative "Matt".

e) Auto dialed call on 7/14/16 from CID 516-394-6189 to business cell 510-351-5154,

f) Auto dialed call on 7/14/16 from CID 516-394-6189 to business cell 510-351-5154, Plaintiff spoke with one of Defendant's representative "Diana Craig".

g) Auto dialed on 11/09/16 from CID 617-901-9144 to residential landline 480-595-5903, Plaintiff spoke with one of Defendant's representative "John Lee".

h) Auto dialed on 11/09/16 from CID 617-901-9144 to business cell 925-828-1080, Plaintiff spoke with one of Defendant's representative "John Lee".

## VI.  TCPA VIOLATIONS

15. Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendant's violations of the TCPA include, but are not limited to, the following:

16. The actions of the Defendant individually and collectively violated the TCPA by the Defendant calling the Plaintiff's cellular phone without express consent with an ATDS, when the Plaintiff's number was listed on the National Do Not Call Registry, in violation of the TCPA. 47 U.S.C. 227, *et sec*.

17. Defendant filed to transmit its telephone number and its company name when placing calls to Plaintiff.

18. The actions of Defendant were willful and knowing.

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant for the following:

(1) Statutory damages pursuant to TCPA 47 U.S.C. 227;

(2) Fair and reasonable costs of this action and court costs;

(3) Injunctive relief;

(4) Such other and further relief that the Court deems just and proper.

I hereby swear and affirm that the factual statements set forth above are true and correct under penalty of perjury.

*fred heidarpour for abante rooter and plumbing*
_____

**Fred Heidarpour**

 

**/s/ W. John Gadd**
W. John Gadd, Esq.
FL Bar Number 463061
Bank of America Building
2727 Ulmerton Rd., Suite 250
Clearwater, FL 33762
Tel: (727)524-6300
Fax: (727)498-2160
Email: Wjg@mazgadd.com