**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:17-cv-60787-UU

ABANTE ROOTER AND PLUMBING, INC.,

Plaintiff,

v.

ASCEND FUNDING, LLC,

Defendant.
______________________________________/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. Plaintiff filed this action on April 21, 2017. D.E. 1. On May 10, 2017, the Court ordered Plaintiff to provide an update to the Court regarding its efforts to serve Defendant no later than **Wednesday, May 17, 2017.** D.E. 6. As of May 24, 2017, Plaintiff has failed to comply with the Court's Order. In the Order, the Court cautioned that the failure to comply with the Order would result in the immediate dismissal of the action without further notice. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that all pending claims against Defendant are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. All future hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of May, 2017.

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf